# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2019 DEC 27  PM 2:33

DEPUTY CLERK _____

TRAYEE RAUT , KUSHALRAUT, MOHAN KUMAR, MANOGNA DEVABHAKTUNI
Plaintiff

v.                                    Civil Action No.  3 - 19 CV 3 0 6 2 - C

RUTHERFORD REBECCA , PALM ROSE AT LANCE HILL
DAVID C GODBEY, BARBARA M. G. LYNN, DASHA BARTON, CHILIA
Defendant  MARTIN, NEW YORK LIFE, DAVID JOHNSON, WILLIAM PEARCE

ALL HOSPITALS IN DFW AREA, CONCENTRA, CINDI HERNANDEZ,
FRISCO ISD, USCIS  **COMPLAINT  UNITED STATES DISTRICT COURT OF**

- why does Rebecca Rutherford cancelled
my criminal case "CIVIL ACTION NO. 3:19-CV-01743-
N-BT "is most of defendants

- why does Rebecca Rutherford letting defendants
leave even there are solid proofs attached
to case

- why does united states District court
for the northern District of Texas supporting
criminal ~~keeps~~ Judges

\* Attach additional pages as needed.

| | |
|---|---|
| Date | 12/27/2019 |
| Signature | D.Manogna |
| Print Name | D. MANOGNA |
| Address | 1818 CORESCANA ST |
| City, State, Zip | DALLAS, TX - 75201 |
| Telephone | NA. |

*Additional Page(s)

why does chearch sent me dreagged chocelates for Christmas

why does daglea baelon kidnapped mean 01/06/2019 ?

why does Cocest let go frigo police department ?

why does cpe made trohean to open cage against to me to have the kids with her

why does Chearch scepporting daglea baelon criminal actons

why is government & Cocest se scepporting me al practices ?

SEE THE ATTACHMENTS

Needs blemme bey
Dasha Barton

Apology for misunderstanding - Yahoo Mail

Page 1 of 1

Peege (1)

**Apology for misunderstanding**

manognadevabhak.../Inbox

**Dasha Barton** <dashabarton@yahoo.com>
To: manognadevabhaktuni@yahoo.com

Feb 27 at 11:29 AM

Manogna-

I wanted to apology for any misunderstanding. I am so sorry if there was any confusion in your medical record. I Honestly brought you to the hospital for help and I did not release any of your personal life when we went to the hospital. I think the record is referring to when you were speaking to the social worker via video conference in the Emergency Room and you wanted to tell her your life story with your husband and she was having difficulty understanding what you were saying so I was helping her to understand your words. I pray for peace with your personal life. ————

- Dasha

who is my husband

I am not sure why dasha

barton kidnapped me and took

me to hospital without any reason

(or) with out any consent and put

me drug was and sexual harassment

in malpractice. Attached are proofs

MURDER BY DASHA BARTON

Patient received referral for addiction treatment?: N/A - Patient not identified with alcohol or drug use disorder
Patient received FDA-approved medication for alcohol or drug use?: N/A - Patient not identified with alcohol or drug use disorder

Access to Weapons/Drugs
Access to weapons/cache of medications or drugs: Yes
Have weapons/medications or drugs been removed?: Yes
Removal of weapons/medications or drugs confirmed by: Pt's friend-Dasha

Procedures & Labs Performed
Procedure Results: No tests pending at discharge unless specified below

Procedures and tests performed during your visit
HEMOGLOBIN A1C
LIPID PROFILE
T4 FREE
VITAMIN D 25 HYDROXY

This happened on 01/06/2019 soon after client ship on 12/31/2018.

LEE SONNE SUPPORTING DASHA

## Re: Apology for misunderstanding



From:  Lee Sonne (leebsonne@gmail.com)

To:    manognadevabhaktuni@yahoo.com

Date:  Wednesday, February 27, 2019, 6:50 PM CST

Hi Manogna,

I was very surprised at reading this email. You sound very angry at Dasha and are blaming her for ruining your family life which is both unfair and untrue. I know that Dasha did not disclose anything to the hospital about you or your life and was always acting in a way that she thought was in your best interest. She has been a true friend to you and sacrificed hours and hours of her time that could have been spent with her own family to be there to support you and serve you in any way that she could. I think you owe her an apology.

Thanks,
Bishop Sonne

Sent from my iPhone

*Responded to get* (handwritten)

On Feb 27, 2019, at 5:22 PM, manogna devabhaktuni <manognadevabhaktuni@yahoo.com> wrote:

*NOT valid email* (handwritten)

Thank you Sister Dasha, but like I told you an apology won't fix my life which I was forming with so moral and so many dreams for me, for my husband and for my kids.

I don't know why I was ended up in ER first thing in the place instead of me going to a out patient counselor like I committed suicide (or) have an heart attack and also I don't know why a social worker has to be involved like I am a prostitute (or) drug dealer (or) Alcohol Abuser.

FYI - MY HUSBAND ALREADY KNOW EACH AND EVERY SINGLE NITTY GRITTY DETAILS OF MY WHOLE LIFE FROM THE DAY THAT I WAS BORN IN THIS UNIVERSE. I NEVER ASKED ANYONE TO TELL MY HUSBAND ABOUT MY LIFE AND ALSO I AM PRETTY SURE YOU NEVER APPRAOCHED HIM

AS PER ER RECORDS I SHOULD HAVE BEEN DISCHARGED ON THE SAME DAY BUT THE WHOLE LIFE OF MY FAMILY HAS BEEN MESSED UP

*NOT same day* (handwritten)

YOU KNOW ME BETTER, I NEVER TOLD MY LIFE TO ANYONE EXCEPT TO YOU. I NEVER ASKED YOU TO INVOLVE A SOCIAL WORKER TO ANNOUNCE MY DEATH AFTER I DIE IN HOSPITAL AS SUICIDIAL CASE.

I WANTED TO LET YOU KNOW I DIDN'T WAKE UP UNTIL MONDAY EVENING 8:00 PM ONCE I HAVE BEEN SEDUCED WITH DRUGS AND POISINED FOOD TO MAKE MY SUBCONSICOUS MIND TALK ABOUT MY PERSONAL LIFE.

BEING AS A FRIEND YOU SHOULD NEVER LET TOUCH MY PERSONAL LIFE AND MY FAMILY.

I HOPE YOU WILL UNDERSTAND THE PAIN ANY LIVING BEING GOES THROUGH WHEN THEY ARE BEING CALLED BITCH THOUGH THAT IS NOT THE TRUTH

ONE OF THE DIAGNOSIS GIVEN ON THE MRN RECORDS IS MY LIFE.

# Texas Plano Presbyterian behavioral center

# To doctor Husnian Ashraf

**Need Explanation for the illegal diagnosis performed on me "**MANOGNA DEVABHAKTUNI**" during the period from 01/06/2019 – 01/24/2019 without MY Written CONSENT otherwise a major case will be filed in the federal court and the US government against to the medical system and the hospital that I got treated.**

# FYI – ONE OF THE NURSES IN THE SPRING WOOD BEHAVIORAL CENTER KEPT WATHCING MY BARE BODY WHILE I WAS TAKING A SHOWER IN BATHROOM AFTER I WOKE UP IN SPRING WOOD BEHAVIORAL HOSPITAL WHERE I WAS ADMITTED IN THE PLANO PRESBYTERIAN HOSPITAL ER ON 02/06/2019 AROUND 10:00 AM WHICH IS ALMOST AFTER 2 DAYS AND I DIDN'T

# HAVE ANY ORNAMENTS OR WEAPONS ON ME.

## MY STORY

A LDS Church member "Dasha Barton" that is in my ward of church took me and kept me on an illegal malpractice diagnosis from 01/04/2019 – 01/06/2019 soon after I got my citizenship on 12/10/2018 and I ended up in a stage where I don't even know or have any information about what exact diagnosis happened on me WHICH IS VERY BIG CRIME AGAINST US FEDERAL LAW. There are multiple medical examinations performed on me without my consent or my friend's consent which is totally illegal as per the US Federal Law and will be filed in the court against to the Medical Center by the patient.

\*\*\*\*\*\*\*\* I HAVE LITERALLY PROOF OF "EXPLANATION OF BENEFITS" DOCUMENT SENT BY MY MEDICAL INSURANCE COMPANY WHICH HAS EACH AND EVERY DETAILS OF THE EXAMS PERFORMED ON MY PHYSICAL BODY. I NEED TO KNOW RIGHT AWAY WHY THOSE EXAMS ARE PERFORMED ON ME WITH MY CONSENT. NONE EXPLAINED ME WHAT KIND OF EXAMINATIONS ARE BEING DONE ON ME AND MADE ME TO SIGN THE PAPER WORK AFTER SEDUCING ME WITH THE MEDICATIONS THAT WERE PRESCRIBED BY THE DOCTORS WHOM I HAVEN'T MET OR SEEN WHEN I WAS IN THE MEDICAL CENTER FOR 7 DAYS.

I never been hospitalized with any of the major issues since the day I was born. Due  Dasha Barton I ended up in to the medications and diagnosis done on me with out my consent when I was there for 7 days in hospital which is not relevant for my case. I was not able to recollect any of the incidents that happened since the moment I went it to CT scan except them feeding me forcefully poison food "Chicken Marsala, Chocolate Cake, cold roasted noodles" without my consent or without me ordering it.

This is very big illegal diagnosis comment on me by medical center without me mentioning to them by myself.

FYI – I even went to Frisco Police Station myself to get assistance on the day to get to check my apartment because of what she did on 01/04/2019 when she came to visit me as per my request. I never carried any drugs (or) weapons or have any illegal case filed against to me for that since 2012. Also I never mentioned I had dangerous weapons at home to kill myself (or) my kids or threaten anyone around me (or) no one got me there saying that I was very dangerous human being that cannot be allowed to live in normal environment.

Because of the treatment, examinations that were done on me and the medications that were prescribed to cover the truth made my heart beat go up loud and also caused me nervous pain in my brain which was never there previously before I stepped in to hospital. Having hallucinations is different than feeling my brain will explode anytime if I won't sleep whole day.

Case 3:19-cv-03062-C-BK   Document 9   Filed 08/28/19   Page 34 of 11   PageID 72

**aetna**

Aetna Life Insurance Company
P.O. BOX 981107
EL PASO, TX 79998-1106



Member: MANOGNA DEVABHAKTUNI
Member ID: W246790069
Group #: 0695286-53-001 M P1SZN0
Group name: NEW YORK LIFE INSURANCE
COMPANY - EMPLOYEES

QUESTIONS? Contact us at aetna.com
1-877-440-4708
Or write to the address shown above.

MANOGNA DEVABHAKTUNI
2355 LEBANON ROAD #2107
FRISCO TX 75034-6292

# Explanation of Benefits (EOB) - This is not a bill

This statement is called your EOB. It shows how much you may owe, the amount that was billed, and your member rate. It also shows the amount you saved and what your plan paid. Look at this statement carefully and make sure it is correct. If you do owe anything, you will receive a bill from your doctor or health care provider(s). If you have access to the secure member website, you can change your delivery preference, view, print or download your EOBs online anytime.

## Track your health care costs

| **$16.47** | **$0.00 (in-network)** | |
|---|---|---|
| Amount you saved | Amount you have left to meet deductible | |
| Going to a doctor or hospital in the network saves you money. That's because we have arranged discounted rates with these providers. The online provider directory can help you find a doctor or other health care professional. Just go to www.aetna.com. | Annual deductible | $1,600.00 |
| | Deductible used | - $1,600.00 |
| | Deductible remaining | $0.00 |

## A guide to key terms

| Term | This means | Your totals |
|---|---|---|
| Amount billed: | The amount your provider charged for services. | $103.90 |
| Member rate: | This is the health plan covered amount which may reflect a health plan discount. This may be referred to as the allowed amount or negotiated rate. | $38.43 |
| Pending or not payable: | Charges that are either not covered or need more review by us. Read 'Your Claim Remarks' to learn more. | $49.00 |
| Deductible: | The amount you pay for covered services before your plan starts to pay. | $0.00 |
| Coinsurance: | When you pay part of the bill and we pay part of the bill. This is the out-of-pocket amount that you may owe. | $3.84 |
| Copay: | A fixed dollar amount you pay when you visit a doctor or other health care provider. | $0.00 |

### Did you know?
If you think the ER is the only place that can handle your health issues, think again! Urgent care centers can sometimes offer care for other serious, non-life threatening medical matters and also plenty of other services.

## Your payment summary

| Patient | Provider | Your plan paid | | You owe or already paid |
|---|---|---|---|---|
| | | Amount Sent to | Sent to | Amount |
| Manogna (self) | Michael A Deck | $34.59  Michael A Deck | 20/18 | $3.84 |
| **Total:** | | $34.59 | | $3.84 |

Case 3:19-cv-0174... Document... Filed 08/28/19   Page... PageID 71

**aetna**



# Your claims up close

## Claim for Manogna (self)  Provider: Texas Health Presbyterian (In-Network)

| Claim ID: E7JL7W3FZ80 Received on 1/28/19 | Amount billed | Member rate | Not payable by plan (Remarks) | Applied to deductible | Your copay | Amount remaining | Plan pays | Your coinsurance | You may owe C+D+E+H=I |
|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | F | G | H | I |
| COLLECTION OF VENOUS BLOOD 36415 on 1/8/19 | 30.75 | | 30.75 (1) (2) | | | | | | |
| COMPREHEN METABOLIC PANEL 80053 on 1/8/19 | 536.25 | 382.88 | | | | 382.88 | 344.59 (90%) | 38.29 (10%) | 38.29 |
| MEDICAL SERVICES 84703 on 1/8/19 | 256.00 | 182.78 | | | | 182.78 | 164.50 (90%) | 18.28 (10%) | 18.28 |
| ASSAY THYROID STIM HORMONE 84443 on 1/8/19 | 443.50 | 316.66 | | | | 316.66 | 284.99 (90%) | 31.67 (10%) | 31.67 |
| MEDICAL SERVICES 80307 on 1/8/19 | 268.00 | 191.35 | | | | 191.35 | 172.21 (90%) | 19.14 (10%) | 19.14 |
| MEDICAL SERVICES G0480 on 1/8/19 | 529.50 | 378.06 | | | | 378.06 | 340.25 (90%) | 37.81 (10%) | 37.81 |
| AUTOMAT HEMOGRAM-COMPLET DIF 85025 on 1/8/19 | 176.75 | 126.20 | | | | 126.20 | 113.58 (90%) | 12.62 (10%) | 12.62 |
| CAT SCAN OF HEAD OR BRAIN 70450 on 1/8/19 | 2,655.75 | 1,896.21 | | | | 1,896.21 | 1,706.59 (90%) | 189.62 (10%) | 189.62 |
| EMERGENCY SERVICES 99286 on 1/8/19 | 2,030.50 | 1,449.78 | | | | 1,449.78 | 1,304.80 (90%) | 144.98 (10%) | 144.98 |
| Refer to Remarks Section | | | (3) | | | | | | |
| Totals: | 6,927.00 | 4,923.92 | 30.75 | | | 4,923.92 | 4,431.51 | 492.41 | $492.41 |

🛈 You can find all numbered claim remarks in 'Your Claim Remarks' section.

## Your Claim Remarks
**General Remarks:**

(1)  You do not have to pay this. We consider payment for this service to be part of the payment for other services. It is not paid separately. [780]

(2)  The payment for this service is included in the contracted and/or case rate paid to the provider. You are not responsible for this amount; except for applicable copay, deductible, coinsurance. [V84]

(3)  Your provider may have sent diagnosis codes with your claim. You may obtain these codes and their meanings by contacting us at the number listed at the top of the first page. We will also provide your treatment codes and their meanings, if they do not appear on this statement. If you have questions about your diagnosis or your treatment, please contact your provider. [H63]

# Your benefit balances to date for 1/1/19 to 12/31/19

| Individual Balances | Annual limit | Amount used | Amount remaining |
|---|---|---|---|
| **Manogna (self)** | | | |
| Medical In Network Deductible | $1,600.00 | $1,600.00 | $0.00 |
| Medical In Network Out of Pocket Maximum | $4,600.00 | $2,688.38 | $1,911.62 |
| Medical Out of Network Deductible | $3,200.00 | $0.00 | $3,200.00 |
| Medical Out of Network Out of Pocket Maximum | $9,200.00 | $0.00 | $9,200.00 |

## A complete list of your benefit balances and plan limits can be found on your secure member website.

The accumulated amounts towards your medical plan may have been adjusted due to claims not paid by us.

**aetna**

Statement date: February 2, 2019
Member: MANOGNA DEVABHAKTUNI   Member ID: W24...
Group Name: NEW YORK LIFE INSURANCE COMPANY - EMPLOYEES   Group #: 0865265-63-001  M P18ZN0

# Your claims up close

## Claim for Manogna (self)  Provider: Michael A Deck (In-Network)

| Claim ID: E0366V73Q390 Received on 1/30/19 | Amount billed | Member rate | Not payable by plan (Remarks) | Applied to deductible | Your copay | Amount remaining | Plan pays | Your coinsurance | You may owe C+D+E+H+I |
|---|---|---|---|---|---|---|---|---|---|
| GENERAL HEALTH PANEL 80050 on 1/8/19 | 38.00 | 26.60 | (1) | | | 26.60 | 23.94 (90%) | 2.66 (10%) | 2.66 |
| MEDICAL SERVICES 84703 on 1/8/19 | 16.90 | 11.83 | | | | 11.83 | 10.65 (90%) | 1.18 (10%) | 1.18 |
| MEDICAL SERVICES 80307 on 1/8/19 | 49.00 | | 49.00 (2) | | | | | | |
| Refer to Remarks Section | | | (3) | | | | | | |
| Totals: | 103.90 | 38.43 | 49.00 | | | 38.43 | 34.59 | 3.84 | $3.84 |

You can find all numbered claim remarks in 'Your Claim Remarks' section.

## Your Claim Remarks
### General Remarks:

(1)  The payment for this service(s) has been made based on the more comprehensive procedure performed on the same date of service.  V63

(2)  Your benefit plan provides coverage for charges that are reasonable and appropriate.  The charge for this service does not meet this requirement because this service is considered mutually exclusive to another procedure performed on the same date of service or within the date span that applies to the procedure.  You are not responsible for this amount.  [Z07]

(3)  Your provider may have sent diagnosis codes with your claim.  You may obtain these codes and their meanings by contacting us at the number listed at the top of the first page.  We will also provide your treatment codes and their meanings, if they do not appear on this statement.  If you have questions about your diagnosis or your treatment, please contact your provider.  [H63]

# Your benefit balances to date for 1/1/19 to 12/31/19

| Individual Balances | Annual limit | Amount used | Amount remaining |
|---|---|---|---|
| **Manogna (self)** | | | |
| Medical In Network Deductible | $1,800.00 | $1,800.00 | $0.00 |
| Medical In Network Out of Pocket Maximum | $4,600.00 | $2,688.38 | $1,911.62 |
| Medical Out of Network Deductible | $3,200.00 | $0.00 | $3,200.00 |
| Medical Out of Network Out of Pocket Maximum | $9,200.00 | $0.00 | $9,200.00 |

## A complete list of your benefit balances and plan limits can be found on your secure member website.

The accumulated amounts towards your medical plan may have been adjusted due to claims not paid by us.

*007028*J290EVBO*018828*

Case 3:19-cv-03062-C-BK   Document 2   Filed 12/27/19   Page 11 of 36   PageID 11
Case 3:19-cv-02644-M-BH   Document 5   Filed 11/08/19   Page 14 of 31   PageID 27
Case 3:19-cv-01743-N-BH   Document 5   Filed 08/26/19   Page 35 of 111   PageID 73

(FREE)

complaint   done   ee   FRISCO DEPARTMENT

**FRISCO POLICE DEPARTMENT**
**VOLUNTARY STATEMENT (NOT UNDER ARREST)**

CS# 1906180 2

I, DEVARHAKIUNT MANOGNA am not under arrest for, nor am I being detained for any criminal offenses concerning the events I am about to make known to ___ me ___ Without being accused of or questioned about any criminal offenses regarding the facts I am about to state, I volunteer the following information of my own free will for whatever purposes it may serve.

Address: 2355 LEBANON RD, #2107, FRISCO TEXAS - 75034

Race: I Sex: F Date of birth: 07/06/1979 Age: 39 Email address: emanogna.devabhakkuni@yahoo

Home phone number: ___ Work phone number: ___ Cell phone number: 469-978-4941

Drivers License Number: 20776231 State TX

469 - 344 - 1276

Emergency Contact: M. PS - ASHLEY FREDERICK GAINES
(Tell your story using as much detail as possible, using names, dates, times, locations, etc if known. Be sure to describe what happened, how it happened, where it happened, when it happened, who did it and why, & who was there and who witnessed it.)

CRIMINAL CASE

2   LOST CITIZENSHIP CARD FROM THE LIVING APARTMENT
AND IT HAPPENED ON 03/03/2019 - STOLEN BY A THIEF

─ BROKE AND SPRAYED DRUGS BY USING DUPLICATE
APARTMENT KEY IN CURRENTLY 3rd LIVING APARTMENT ON
03/02/2019

─ BROKE BEDROOM DOOR ON THE SAME DAY WHICH
IS 03/03/2019

─ BROKE IN TO APARTMENT ON 6/30/2019 AND TOOK
AWAY THE BUNCH OF KEYS THAT HAS CAR KEY,
BRAIN KEY, APARTMENT KEY, OFFICE KEY WHICH
IS VERY ILLEGAL

─ NEED SECURITY ASSISTANCE AT MY APARTMENT
AS MY APARTMENT IS BEING TRIGGERED BY SOMEONE
WITH LASER GUNS ALL THE TIME

─ MY COMPUTER HAS BEEN CRASHED BY SOMEONE USING

I have read each page of this statement consisting of ___ 2 ___ page(s), each page of which bears my signature, and corrections, if any, bear my initials, and I certify that the facts contained herein are true and correct.

Dated at FRISCO this ___ day of 31, 20 19.
(location)

D.Manogna          x D.Manogna
SIGNATURE OF WITNESS        SIGNATURE OF PERSON GIVING VOLUNTARY STATEMENT

SIGNATURE OF WITNESS                    Revised 10122012

PLEASE TURN THE PAGE

I CALLED MY COMPANY NEW YORK LIFE INSURANCE

(PAGE 9)

AS IT IS SECURED BY SECURE DOC SOFTWARE.
THEY MENTIONED TO ME THAT IT HAS BEEN
CRASHED IN A WAY THAT I HAVE TO BUY NEW
COMPUTER WHICH IS VERY ILLEGAL.

PLEASE NEED ASSISTANCE AS IT IS VERY
PRIORITY ONE SO IT NEED TO BE FIXED.

THIS ISSUE HAPPENED ON 05/30/2019
EARLY HOURS

**FRISCO POLICE DEPARTMENT**
**VOLUNTARY STATEMENT (NOT UNDER ARREST)**

CS# 19099299

I, DEVIABHAKTRAND MARCHAR am not under arrest for, nor am I being detained for any criminal offenses concerning the events I am about to make known to ___ PAC ___. Without being accused of or questioned about any criminal offenses regarding the facts I am about to state, I volunteer the following information of my own free will for whatever purposes it may serve.

Address: 5355 Le Blamon Rd, #2 307, Frisco, Texas 75034

Race: Asian Sex: F Date of birth: 07/06/1979 Age: 39 Email address: omavict009 dishbabta ... toto Comp

Home phone number: ___ Work phone number: ___ Cell phone number: 418-9 ___

Drivers License Number: 28770721 State: Tx

Emergency Contact: UNITED STATES DISTRICT COURT FOR THE NORTH ___
(Tell your story using as much detail as possible, using names, dates, times, locations, etc if known. Be sure to describe what happened, how it happened, where it happened, when it happened, who did it and why, & who was there and who witnessed it.)

- THEFT HAPPEN AGAIN ON 08/02/2019 AND STOLE MY PAPER WORK

- 3 MEN IN NEW YORK LOPE HARASSED ME AND WARNED THE MANAGEMENT. HARASSMENT HAPPENED IN LAST 7 MONTHS

- ONE OF THE THIEF TRIED TO OPEN THE DOOR ON SATURDAY EVENING WHEN I WAS INSIDE

- CPS CHEATED ME WITHOUT PROPER PROOF. WORKER IS ASHLEY-GARNES.

- APARTMENT KEPT HARASSING ME. WENT TO SUPERIOR ONCE I FILE COMPLAINT WITH POLICE DEPARTMENT AND ENFORCED THEM

- THEY DIDN'T ARRESTED THIS CROOKS THAT CHURCH IS PAYING

- CHURCH STOPPED PAYING ME OUT OF NOW WHERE

I have read each page of this statement consisting of ___ page(s), each page of which bears my signature, and corrections, if any, bear my initials, and I certify that the facts contained herein are true and correct.

Dated at FRISCO ___, this 5th day of DEC, 20 19.

SIGNATURE OF WITNESS          X DTColeman
                               SIGNATURE OF PERSON GIVING VOLUNTARY STATEMENT

SIGNATURE OF WITNESS

Revised 10122012



Case 3:19-cv-03062-C-BK   Document 2   Filed 12/27/19   Page 15 of 36   PageID 15
FW: Thank You for your time and meeting 08/06/2019 - Yahoo Mail                Page 1 of 1
Case 3:19-cv-01743-N-BT   Document 21   Filed 09/12/19   Page 9 of 36   PageID 305

**FW: Thank You for your time and meeting 08/06/2019**

manognadevabhak.../Inbox

 **Devabhaktuni, Manogna** <mdevabhaktuni@ft.newyorklife.com>
To: manognadevabhaktuni@yahoo.com <manognadevabhaktuni@yahoo.com>

Aug 26 at 4:16 PM

Manogna Devabhaktuni
Agent
Newyork Life Insurance Company
12201 Merit Drive, Suite 1000
Dallas, TX 75251

If you don't wish to recieve email communications from New York Life and/or NYLIFE Securities LLC, please reply to this email using the words "Opt Out" in the subject line.
Please copy email_optout@newyorklife.com New York Life Insurance Company, 51 Madison Ave., NewYork, NY 10010

**From:** Devabhaktuni, Manogna
**Sent:** Monday, August 19, 2019 12:19 PM
**To:** Jorge A Infantes
**Cc:** Michael F Scovel
**Subject:** Thank You for your time and meeting 08/06/2019

Dear duly respected Jorge Infantes,

Thank you sir for your time that you spent with me on 08/06/2019 about discussing regarding the behavior of "William Pearce" with me during my PRP meeting. Its a very severe impact of sexual harassment done on me and that is not done first time on me in "New York Life" company which is very odd situation that I went through multiple times after 01/12/2019 once I came out from hospital before I went on leave from my business in March (or) April (or) so of 2019 to get everything settled up with my personal life regarding CPS cases and after I joined the business back again recently in July 2019. I never went through this before 01/12/2019 though I started working in July 2018.

Jorge, FYI - I am not complaining to you which is not there and which very awkward for any agent that is in New York Life or in any otehr company and I am not sure how others will handle it when they will go through this kind of harassment by different people and different ways and different timings and different situations.

Being with the experience of working in IT companies of various industries for 13 years after following the HIPPA rules that were established in those companies to respect the privacy of the people in the work places, I need to let you know this kind of harassment is considered as sexual harassment which is not accepted and its very serious and severe that alters the company reputation and rules and Agency Standard and Procedures which will effect your guide of rules for agents.

Based on how the harassments happened after 3rd person assaulting me which put me down in a way I decided to let every one in the company know and also reported it to federal court where I filed my other cases to fix my life and running my case against the people that I already opened the case on 07/22/2019 and the file that I dropped with you. I just wanted to let you know and keep you in loopabout me complaining in the federal court based on how severity it is without giving you surprises.

Below are the details that are considered as sexual harassment done on an agent by managment team (Managing Partner) and another Agent:----

1. William Pearce -- How he ended up treating me in PRP meeting on 07/22/2019 by putting his legs and feet up on the table pointing my face and body and chair.
2. David Johnson - He ended up looking in to my cell phone forcebly without my permission even though I requested him to show the applications on the desktop in his office when I was in one of his PRP meeting after I came out of hospital and joined back the work. Its totally mental harassment and sexual harassment too as he grabbed my cellphone without asking me and my permission especially when we are in PRP meeting and going through my laptop issue with internet soon after I brought my laptop and got ready to return the IPAD he borrowed me.
3. James C Griffeth - One of the David Brooks Team member that was assigned to help to get long term care policy enrollment with one of my client who ended up not getting enrolled about how Jamie delt with him when he came to Frisco office to enroll in to the policy with us.
Also he misbehaved with me when i asked him to train me with the proper steps about long term care and he ended up repeating the same stuff about Term Life and whole life products though I mentioned to him that I already know. At the same time, he started watching me over my shoulder in to my laptop without telling me and reading my personals from my notes in the notebook and in the laptop which is totally sexual harassment done on me at that time.

I kept it professional without bringing that up to you as I was not able to speak up myself how my life was there at that time.

Please let me know if you need any further information about my case that is there in Federal Court that started working on my initial file.

Manogna Devabhaktuni
Agent
Newyork Life Insurance Company
12201 Merit Drive, Suite 1000
Dallas, TX 75251

If you don't wish to recieve email communications from New York Life and/or NYLIFE Securities LLC, please reply to this email using the words "Opt Out" in the subject line.
Please copy email_optout@newyorklife.com New York Life Insurance Company, 51 Madison Ave., NewYork, NY 10010

New York Life has received your request, #00001066143                    manognadevabhak.../Inbox

**New York Life Insurance Company** <do-not-reply@nyl.com>                    Sep 6 at 4:06 PM
To: manognadevabhaktuni@yahoo.com

Thank you for contacting New York Life Insurance Company.  Customer service has received your request and will respond within the next two business days.
If you need further assistance, please contact New York Life's Dallas Service Center at:

Website: _____
New York Life Insurance and Annuity Corporation
Dallas Service Center
New York Life
Post Office Box 130539
Dallas, TX 75313
Phone: (800) 695-1314
To ensure that your personal information remains secure, please do not send any personal information in response to this e-mail. We ask that you re-submit your original request via the Virtual Service Center
where your personal information is encrypted. Encryptions technologies help protect the privacy and confidentiality of personal information. Non-encrypted e-mails sent from personal e-mail accounts (i.e.
joe@yahoo.com) can be intercepted and viewed by other Internet users without your knowledge or consent. All messages to NYL should be submitted through our secure website or communicated by calling our
Service Centers.

**New York Life has received your request, #00001066145**

manognadevabhak.../Inbox

**New York Life Insurance Company** <do-not-reply@nyl.com>
To: manognadevabhaktuni@yahoo.com

Sep 6 at 4:08 PM

Thank you for contacting New York Life Insurance Company.  Customer service has received your request and will respond within the next two business days.
If you need further assistance, please contact New York Life's Dallas Service Center at:

Website: _____
New York Life Insurance and Annuity Corporation
Dallas Service Center
New York Life
Post Office Box 130539
Dallas, TX 75313
Phone: (800) 695-1314

To ensure that your personal information remains secure, please do not send any personal information in response to this e-mail. We ask that you re-submit your original request via the Virtual Service Center where your personal information is encrypted. Encryptions technologies help protect the privacy and confidentiality of personal information. Non-encrypted e-mails sent from personal e-mail accounts (i.e. me@yahoo.com) can be intercepted and viewed by other internet users without your knowledge or consent. All messages to NYL should be submitted through our secure website or communicated by calling our Service Centers.

# New York Life has received your request, #00001066143

From: New York Life Insurance Company (do-not-reply@nyl.com)

To: manognadevabhaktuni@yahoo.com

Date: Friday, September 6, 2019, 11:06 AM CDT

Thank you for contacting New York Life Insurance Company. Customer service has received your request and will respond within the next two business days.

If you need further assistance, please contact New York Life's Dallas Service Center at:

Website: www.newyorklife.com/vsc

New York Life Insurance and Annuity Corporation
Dallas Service Center
New York Life
Post Office Box 130539
Dallas, TX 75313
Phone: (800) 695-1314

To ensure that your personal information remains secure, please do not send any personal information in response to this e-mail. We ask that you re-submit your original request via the Virtual Service Center where your personal information is encrypted. Encryptions technologies help protect the privacy and confidentiality of personal _____ Non-encrypted e-mails sent from personal e-mail accounts (i.e. joe@yahoo.com) can be intercepted and viewed by other internet _____ out your knowledge or consent. All messages to NYL should be su____ through our secure website or communicated by calling o____ ____ Centers.

Re: IRS Impersonation Scam Complaint Form: High Priority (Financial Loss & PII)

From: manogna devabhaktuni (manognadevabhaktuni@yahoo.com)

To: complaintsirsimpersonation@tigta.treas.gov

Date: Wednesday, November 27, 2019, 11:25 AM CST

Duly Respected Randolph

Yes sir its a IRS fraud Impersonation Scam case that is done by David C Godbey, Joe A Fish, and Rutherford Rebecca that are supporting and helping "New York Life Insurance Company" to rob and loot the people savings through life insurance policies and other financial saving products.

***** I am one of the victim with ****practical proofs**** in my hand that was under that attack in August and September 2019****. Being their previous employee, I figured it out that they are under the plan of looting money from the retirement benefits of the policy owners that are having savings with them in their Whole Life Insurance Products when I tried to take my money from my policies that I have with them because of my need of money to pay taxes from my savings in the policies that I have with New York Life Insurance company savings.

Also, I am tax professional since 2005 who kept paying the taxes on time professionally without missing and went under criminal cyber IRS fraud attack by few people that are not paying taxes properly when I was there under attack starting from 01/07/2017 through 09/30/2018. After the robbery I went to a stage where I couldn't pay my taxes and become a criminal so that me and my kids get died in that IRS Fraud attack.

My Case that I opened in federal court to get help from them to get this crime fixed is ***** 3:19-CV-01743-N-BT ***** as its a criminal case that need attention from IRS and US Government as it started happening soon after I became citizen on 12/10/2018 with thorough validation about my character and health in the society by USCIS and US Government.

***** Its a IRS fraud as David C Godbey and Rutherford Rebecca started terminating the defendants once the summons are approved by court and plaintiff "me - Manogna Devabhaktuni" started serving those summons to the defendants and also letting criminals leave without proper justification to more explosion of scam and fraud on others even though they have practical proofs literally in their hands

I need justification as its a criminal case and everyone closed my cases and terminated my defendants on the case.

Please let me know if you need the proofs to support the case as I have to send you them.

Regard
Manogna Devabhaktuni

On Wednesday, November 27, 2019, 7:49:56 AM CST, "TIGTA Inv Ops Complaints IRS Impersonation <complaintsirsimpersonation@tigta.treas.gov> wrote:

To better serve you and process this complaint please explain how this relates to the Internal Revenue Service (IRS) and the Treasury Inspector General for Tax Administration (TIGTA). The situation should relate to following the integrity of IRS employees, contractors, and other tax professionals; ensure IRS employee and infrastructure security; and protect the IRS against external attempts to corrupt tax administration.

Randolph Hardy

Investigative Specialist



Treasury Inspector General For
Tax Administration
Headquarters, Washington, DC
Fax: 202-927-7018

SAO Hotline 19-2775

*[handwritten: Complaint about Intisched attack by them on me reed my body.]*

From: SAO Intake (saointake@sao.texas.gov)

To: manognadevabhaktuni@yahoo.com

Date: Wednesday, August 28, 2019, 10:32 AM CDT

TO: Manogna Devabhaktuni

The Texas State Auditor's Office has the authority to conduct audits and investigations related to the use of Texas state funds involving state agencies, and institutions of higher education.

This return email is an acknowledgement of the SAO's receipt of your submitted complaint.

You may consider contacting your local police department to report your concerns.

Regards,

Texas State Auditor's Office
Investigations and Audit Support (IAS)

-----Original Message-----
From: System-Generated Email <webmaster@sao.texas.gov>
Sent: Monday, August 26, 2019 5:51 PM
To: Hotline Intake <HotlineIntake@sao.texas.gov>
Subject: Fraud, Waste and/or Abuse Hotline

The following fraud, waste, or abuse report was received

Control Number: 192775

Name: Manogna Devabhaktuni

Phone: 4699784941

Email: manognadevabhaktuni@yahoo.com

Agency/University: 999 - All State Agencies

Organization/Company/Individual: Mohan Kumar Ravi, Arthur Murray Dance Studio in Plano, Kelson Fischer/Kelson Brooks, Fio Johnson/Fiona I am the persian Medium Pschyic on AvidAdvice.com, New York Life, Hospitals, CPS, Frisco Police Department, LDS Chruch in the Colony, Dasha Barton, Lee Sonnie, Kris Katseans, Fred, Alien elementary School in Frisco, Primrose School at lakehill Frisco, Apple, Andriod, Gmail and Yahoo mail, Kroger that is in the corner of Lebanon and Legacy interesection, Lebanon Ridge apartments, Chilis Martin, Anita Lai, ICE Team, Home Land Security, IRS, DFPS, Sexaul Sites like www.tube8.com

I became citizen on 12/10/2018 and Kelson J Fischer/ Arthur Murray Studio in Dallas along with Mohan Kumar Ravi started taking revenge on me as Mohan Kumar Ravi kept harassing me since September 2015 because of me divorcing him based on his physical, mental and sexual Harassment (which he killed me many times by hitting me pretty badly and also by dropping me on the roads many times on me by scaring me lot) since 07/2002 once he got engaged to me because of my parents without my interest and consent. I called cops on him in Sep 2015 soon after he came to know I filed the divorce and he went physical on me. I couldn't tell them properly as my kids were crying and don't want them to feel bad as they were almost 4 years and 2 years old during that time and they are not in stage to understand what exactly happened.

Other Law Enforcement Agencies Notified: DPS, Other Law Enforcement Agency - National Trafficking, United States District Court of Northern District of Texas, IRS, ICE Team, Crime Investigation Team

This message contains information which may be an audit working paper and/or may be confidential, privileged, or otherwise exempt from open records. Unless you are the addressee (or authorized to receive for the addressee), you may

8/28/2019 10:41 AM

Case 3:19-cv-02644-M-BH   Document 5   Filed 11/27/19   Page 22 of 36   PageID 22
National Human Trafficking Hotline - Case 00537950 - Yahoo Mail
Case 3:19-cv-01743-N-BT   Document 21   Filed 09/12/19   Page 17 of 31   PageID 30
Case 3:19-cv-01743-N-BT   Document 21   Filed 09/12/19   Page 8 of 36   PageID 804   of 1



### National Human Trafficking Hotline - Case 00537950

**H**   help@humantraffickinghotline.org <help@humantraffickinghotline.org>
To: manognadevabhaktuni@yahoo.com <manognadevabhaktuni@yahoo.com>

manognadevabhak.../Inbox

Aug 22 at 11:39 AM

Dear Manogna:

Thank you for contacting the National Human Trafficking Hotline, operated by Polaris. The National Hotline is a national, 24-hour call center that responds to cases of human trafficking. Human trafficking is defined as a situation in which an individual is compelled to work or engage in commercial sex through the use of force, fraud, or coercion. Force, fraud, or coercion need not be present if the individual engaging in commercial sex is under 18 years of age. For further information on human trafficking, please click here.

Tips related to human trafficking are reviewed by National Hotline staff and referred to the most appropriate agencies. The National Hotline does not handle cases regarding other types of crimes and will be unable to follow up on the situation you describe without more concrete indicators of human trafficking. We encourage you to report the concerns mentioned in your email to the local police department or regional FBI office. To find contact information for your local FBI office, please click here. If you believe that you may need legal representation or would like to speak with a lawyer, you can find one in your area by clicking here. You may also wish to contact the following non-governmental organization which assists victims of crimes: National Organization for Victim Assistance (NOVA): 1-800-TRY-NOVA

If you believe you have information concerning a potential trafficking situation, we encourage you to contact our confidential, 24-hour hotline at 1-888-373-7888 and reference Case No.537950. A Hotline Advocate would be happy to talk through the situation with you and recommend the most appropriate next steps.

Sincerely,

The National Human Trafficking Hotline
Operated by Polaris
24-Hour National Hotline: 1-888-373-7888
Text INFO or HELP to: BeFree (233733)
help@humantraffickinghotline.org
www.humantraffickinghotline.org

If you are a victim of human trafficking and need immediate help or if you suspect a potential trafficking situation, call the National Human Trafficking Hotline at 1-888-373-7888 or send a text to BeFree (233733).

Si tú eres víctima de trata de personas y necesitas ayuda inmediata o si sospechas que alguien puede estar en esta situación, llama a la Línea Nacional Contra la Trata de Personas 1-888-373-7888.

_____

This electronic mail message may contain confidential and proprietary information. If the reader of this message is not the intended recipient, any disclosure, copying or distribution of this communication is strictly prohibited. If you have received this communication in error, please immediately delete this message and any attachments.

City: Plano
Country: United States of America
State: Texas
Zip Code/Route: 75093
Phone Number:
Email Address:
Website:
IP Address:

## Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.

[No response provided]

Are there any other witnesses or victims to this incident?

[No response provided]

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

Federal Court of Texas, 1100 Commerce ST, 1452 Dallas, TX 75242

☐ Check here if this an update to a previously filed complaint:

## Who Filed the Complaint



Were you the victim in the incident described above? Yes

## Digital Signature

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S. Code, Section 1001)

Digital Signature: Devabhaktuni Manogna

Thank you for submitting your complaint to the IC3. Please save or print a copy for your records. *This is the only time you will have to make a copy of your complaint.*

Rutherford Rebecca terminated my name on my case 3:19-CV-01743-N-BT on 08/29/2019 and re added it in different format along with terminating other criminals once the case is approved for the summons and got paid by one to get the summons and serve them.

The name format that has been terminated is "Devabhaktuni Kougoni" and got changed to "Kougoni Devabholdini". The criminals that are terminated by Rutherford Rebecca on 08/29/2019 "CPS, DFPS, Fiona Dam Persian medium, Medical city of Dallas belong with my name where other criminals are still active. I got the terminated ones to active ones on 08/29/2019 and started serving them where she went ahead and terminated most of them by leaving fewer of them to be active. She terminated them on 09/18/2019 once the defendants "All Presidents" on 09/18/2019 has been approved for the summons and I am coming to pick them up and got kidnapped in the 8s by dallas cops and moved to detonated place to get me killed on 09/17/2019 after 6:00 PM once the judge closed or so told me they are letting me out on 09/18/2019 after 9:00 AM like the normal patient is released.

ATTN,CASREF,JURY,MJF,RUTHERFORD

**U.S. District Court**
**Northern District of Texas (Dallas)**
**CIVIL DOCKET FOR CASE #: 3:19-cv-01743-N-BT**

*Need explanation why Rutherford involved me & defendants rey stamte on 08/29/2019.*

Manogna v. CPS et al
Assigned to: Judge David C Godbey
Referred to: Magistrate Judge Rebecca Rutherford
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 07/22/2019
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

Devabhaktuni Manogna
TERMINATED: 08/29/2019

**Plaintiff**

Manogna Devabhaktuni

represented by  Manogna Devabhaktuni
2355 Lebanon Rd
#2107
Frisco, TX 75034
469-978-4941
Email: manognadevabhaktuni@yahoo.com
PRO SE

V.

**Defendant**

CPS
TERMINATED: 08/29/2019

**Defendant**

DFPS
TERMINATED: 08/29/2019

**Defendant**

Dasha Barton
TERMINATED: 09/18/2019

**Defendant**

Chhla Martin
TERMINATED: 09/18/2019

**Defendant**

Anita Lal
TERMINATED: 09/18/2019

**Defendant**

Kris Kat Seanos
TERMINATED: 09/18/2019

**Defendant**

Mohan Kumar Ravi
TERMINATED: 09/18/2019

represented by  Mohan Kumar Ravi
6421 Skyline Dr
The Colony, TX 75056
469-789-4824
PRO SE

**Defendant**

Kaison Jay Fischer
TERMINATED: 09/18/2019

**Defendant**

1 of 8

10/16/2019, 9:46 AM

**Arthur Murray Dance Studio**
*TERMINATED: 09/18/2019*

**Defendant**
**Fiona Iam**
*Persian Medium*
*TERMINATED: 08/29/2019*

Need explanation why
rescheduled terminated
any defendant
on 08/29/2019

**Defendant**
**Lebanon Ridge Apartments**
*TERMINATED: 09/18/2019*

represented by **Roberto Leis Rodriguez**
Higier Allen & Lautin PC
2711 N Haskell Avenue
Suite 2400
Dallas, TX 75204
972-716-1873
Email: rrodriguez@higierallen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**
**Nivea Lawrence**
*TERMINATED: 09/18/2019*

**Defendant**
**Prim Rose at Lake Hill**
*Frisco, TX*

represented by **Andra Leigh Mayberry**
Clark Hill Strasburger
2600 Dallas Parkway
Suite 600
Frisco, TX 75034
469-287-3909
Fax: 469-287-3999
Email: andra.mayberry@clarkhillstrasburger.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Jeremy Robert Wallace**
Clark Hill Strasburger
2600 Dallas Parkway
Suite 600
Frisco, TX 75034
469-287-3906
Fax: 469-287-3999
Email: jeremy.wallace@clarkhillstrasburger.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**
**Texas Plano Presbyterian Hospital ER**
*TERMINATED: 09/18/2019*

**Defendant**
**Sexy Behavioral Center**
*TERMINATED: 09/18/2019*

**Defendant**
**Texas Spring Weed Center**
*TERMINATED: 09/18/2019*

**Defendant**
**Medical City of Frisco ER**
*TERMINATED: 09/18/2019*

**Defendant**

**Medical City of Dallas**
*TERMINATED: 08/29/2019*

**Defendant**

**Oakland Behavioral Health**
*TERMINATED: 09/18/2019*

**Defendant**

**Baylor Health Medical Center Frisco ER**
*TERMINATED: 09/18/2019*

**Defendant**

**Carrollton Spring Wood Center**
*TERMINATED: 09/18/2019*

**Defendant**

**Dallas Sigma Center**
*TERMINATED: 09/18/2019*

**Defendant**

**Domestic Violence Case Centers**
*TERMINATED: 09/18/2019*

**Defendant**

**New York Life Company**

**Defendant**

**Uber**

**Defendant**

**Excelsior Academy**
*TERMINATED: 09/18/2019*

**Defendant**

**Frisco Police Department**                    represented by **Wm Andrew Messer**
Messer Fort McDonald, PLLC
6371 Preston Rd
Suite 200
Frisco, TX 75034
972-668-6400
Fax: 972-668-6414
Email: andy@txmunicipallaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Kevin M Curley**
Messer, Fort & McDonald
6371 Preston Road
Ste 200
Frisco, TX 75034
972-668-6400
Fax: 972-668-6414
Email: kevin@txmunicipallaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**Kristen Stewart**
*TERMINATED: 09/18/2019*

**Defendant**

**US Department of Homeland Security**
*TERMINATED: 09/18/2019*

10/16/2019, 9:46 AM

**Defendant**

**Texas Plano
Presbyterian
Hospital ER**
*TERMINATED:
09/18/2019*

**Defendant**

**Seay Behavioral
Center**
*TERMINATED:
09/18/2019*

**Defendant**

**Texas Spring Wood
Center**
*TERMINATED:
09/18/2019*

**Defendant**

**Medical City of
Frisco ER**
*TERMINATED:
09/18/2019*

**Defendant**

**Medical City of
Dallas**
*TERMINATED:
08/29/2019*

**Defendant**

**Oakland Behavioral
Health**
*TERMINATED:
09/18/2019*

**Defendant**

**Baylor Health
Medical Center
Frisco ER**
*TERMINATED:
09/18/2019*

12/18/2019 12:25 PM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEVABHAKTUNI MANOGNA, *female* | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:19-cv-1743-N (BT) |
| | § | |
| CPS, ET AL., | § | |
| Defendants. | § | |

## ORDER

Plaintiff filed a motion to proceed *in forma pauperis*. (ECF No. 5.)
Whether to permit or deny an application to proceed *in forma pauperis* is
within the sound discretion of the Court. *Prows v. Kastner*, 842 F.2d 138,
140 (5th Cir. 1988); *see also*, 28 U.S.C. § 1915. Courts should make the
assessment of financial ability after considering whether payment of the
filing fee will result in the petitioner "suffering undue financial hardship."
*Prows*, 842 F.2d at 140.

Here, Plaintiff states his wife receives an income of $5,000 per [*not married → divorced*]
month, and that he receives $7,000 per month in public benefits and
$1,370 in child support. He states he has two children, and the only
expenses he lists is $1,370 per month for food. The Court finds Plaintiff has

failed to show that payment of the $400 filing fee would cause undue financial hardship.

The Court will defer ruling on Plaintiff's motion to proceed *in forma pauperis* and will grant Plaintiff 30 days from the date of this order to pay the filing fee. Failure to pay the filing fee will result in a recommendation that this action be dismissed.

SO ORDERED.

Signed July 24, 2019.


_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE

*If an email was used in this incident, please provide a copy of the entire email including full email headers.*

*[No response provided]*

*Are there any other witnesses or victims to this incident?*

*Yes, the nurses in there and also other mentally sick patients that got better.*

*If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.*

*Federal Court of texas to do lawsuit on the hospital for malpractice.*

*☐ Check here if this an update to a previously filed complaint:*

---

**Who Filed the Complaint**

*Were you the victim in the incident described above? Yes*

---

**Digital Signature**

*By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S. Code, Section 1001)*

*Digital Signature: Devabhaktuni Manogna*

*Thank you for submitting your complaint to the IC3. Please save or print a copy for your records. This is the only time you will have to make a copy of your complaint.*

*IC3 logo*
*Complaint Referral Form*
*Internet Crime Complaint Center*

---

*Thank you for submitting your complaint to the IC3. Please save or print a copy for your records. This is the only time you will have to make a copy of your complaint.*

*Victim Information*

*Name: Ravi Kushal, Ravi Trayee, Devabhaktuni Manogna*

*Are you reporting on behalf of a business? Yes*

*Business Name: United State District Court*

*Is the incident currently impacting business operations? Yes*

*Age: Under 20*

*Address: 1100 Commerce Street*

Age: [None]
Address: 1818 Corsciana Drive
Address (continued):
Suite/Apt./Mail Stop:
City: Dallas
County:
Country: United States of America
State: Texas
Zip Code/Route: 75202
Phone Number: 4697788965
Email Address: manognadevabhaktuni@yahoo.com
Business IT POC, if applicable:
Other Business POC, if applicable:

## Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

Good Afternoon Sir,

I sued "New York Life" Company in Federal Court of Texas on 07/22/2019 and submitted summon to them on 11/07/2019 for its fraud plan of looting policy owner's savings benefits money and dumping them as their plan after taking their money away from the policy owners of their products by exposing the policy owners privacy data like SSN, Bank Information etc through cell phone by installing their apps without security on cell phone.

Also I sued them for the sexual harassment's done on me by 3 employees "David Johnson, William Peas and Jamie Griffith" of that company when I am working with them and also them detonating me through malpractices for me approaching to the HR, UNUM and CEO of the company for their harassment towards me though those are valid ones after they promised me that they will provide me the justification for the harassment's done on me as those are valid ones.

There is lot malpractice and sexual harassment done on me and my kids as terrorist attack soon I became American citizen on 12/10/2018. The malpractice started happening on me starting from 01/06/2019 because of LDS Church members as they didn't like me to follow freedom of religion and be myself. They forced me to marry a man from church and I disagreed that.

Sir, I need my situation to be announced in the news as CPS, DFPS cheated me using wrong case and handed over my kids to sexual assaulter and criminal though I opened the case with them on 02/05/2019 to protect my kids.

Please help me as everyone in the church and new York life detonated me and made me homeless jobless and kid less and also some of the judges in the federal court are cheating me once I started serving the summons and I am not sure.

Its a drug terrorist attack happened on valid American citizen because of not letting LDS Church members to rule her life as I am Hindu converted Mormon and they don't like Indians to mingle with american families or Indians praying both gods based on freedom of religion rule to grow spiritually.

Regards
Manogna Devabhaktuni

Which of the following were used in this incident? (Check all that apply.)
□ Spoofed Email
□ Similar Domain
□ Email Intrusion
☒ Other      Please specify: Accessing applications through
                                cellphones & IPADS



*They planned to keep me through malpractice detonation for 90 days but i fought with them and finally they let me out as they do know i am running my cases in federal court and federal court is helping me to fix the malpractice happened starting from 01/06/2019 as i started suing the people and the resources that made me to go through detonations by church and work soon after I became American Citizen on 12/10/2018.*

*I had to complain this to IC3 due to their impact on me as they did abducted me in April 2019 from 04/21/2019 - 05/02/2019 until CPS case worker and forced me on illegal medications even though i just went for check up in Medical City of Frisco ER with COPS help because of the dehydration I went through due to weather changes and drug removal from my body that were induced in to me on 01/04/2019 because of the church member "Dasha Barton" putting me in to malpractice as drug dealer, weapon dealer and sexual assaulter though I am normal American Citizen*

*Which of the following were used in this incident? (Check all that apply.)*
*☐ Spoofed Email*
*☐ Similar Domain*
*☐ Email Intrusion*
*☒ Other      Please specify: Murdering through*
*                                  malpractice.*

*Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.*

*Originals should be retained for use by law enforcement agencies.*

---

**Information About The Subject(s) Who Victimized You**

**Name: Vazquez Jose J MD**
**Business Name: Medical City of Green Oaks**
**Address: 7808 Clodus Fields Dr,**
**Address (continued):**
**Suite/Apt./Mail Stop:**
**City: Dallas**
**Country: United States of America**
**State: Texas**
**Zip Code/Route: 75251**
**Phone Number:**
**Email Address:**
**Website:**
**IP Address:**

---

**Name: Steven Roche**
**Business Name: Medical City of Green Oaks**
**Address: 7808 Clodus Fields Dr,**
**Address (continued):**
**Suite/Apt./Mail Stop:**
**City: Dallas**
**Country: United States of America**
**State: Texas**
**Zip Code/Route: 75251**
**Phone Number:**
**Email Address:**
**Website:**
**IP Address:**

---

**Other Information**

Had to go beyond the lawsuits to get help from "IC3" Team to get my family back in to straight and happy home like it was before 01/06/2019 and got screwed by Dasha Barton

From: manogna devabhaktuni (manognadevabhaktuni@yahoo.com)

To: friscostakepresident@gmail.com; tgfrederickson@gmail.com; brianperkes@gmail.com; bryan.butterfield@gmail.com; layne@communitymattersinc.com; portera.tony@gmail.com; rarjvr@gmail.com; rob.jensen9@gmail.com; friscostakeappointment@gmail.com; coryval@gmail.com; note2neeta@gmail.com; ashley.frederick-gaines@dfps.state.tx.us; mohanraavi@yahoo.com; communication@email.ldschurch.org; sherry.shumer@gmail.com; txgov@dir.texas.gov

Date: Saturday, November 16, 2019, 02:12 PM CST

Duly Respected Sir "Greg Abbott"

I truly need your help to get my kids back from CPS and Mr. Mohan Kumar Ravi, who is hidden sexual offender and assaulter for years as I know him.

CPS started helping me with the case I opened and they also promised me saying that they are getting my kids back to me for sure but ended up closing the case on 07/15/2019 without no evidence that I am a criminal.

Mr. Mohan Kumar Ravi took away kids from me on 10/18/2019 with illegal case when doctor "Vazquez" kidnapped intentionally and harassed me sexually, mentally and physically for a month starting from "09/18/2019 - 10/16/2019" under malpractice using the Judge name "Rutherford Rebecca" who is a magistrate judge on my case that I opened in the federal court to support me to get the negative characters of the LDS Mormon Church who put me in to malpractice as a drug dealer, weapon dealer, sexual harasser soon after I got my USCIS and US Government approved "American Citizenship on 12/10/2018" because of me not letting any church man to enter in to my apartment as per the church members allocation to get in to my family to touch my personal life.

LDS Church decided to terminate my life forcefully and put my kids Trayee Ravi (8 Year Old) and Kushal Ravi (5 Year old) through sexual, mental and physical harassments for not letting them to lead me like they wanted.

They used a church member with the title "Woman Relief Society President" and named "Dasha Barton" to put me in to the Malpractice by abducting me forcefully on 01/06/2019 and put me in to malpractice. I have all proofs that she is the criminal and also church forced me to leave my job when they are helping and also made me to loose my apartment saying that they cannot help me in any way as I am not listening to them.

Sir, they truly killed my family and got me on to streets where my employer "New York Life" Insurance company harassed me sexually, mentally and physically for figuring out there fraud of hiring multiple agents from different ethnicity and planning to loot the money from the people retirement benefits. When I figured their plan there are 3 men who harassed me sexually, mentally and physically to get me to date them and quit the job. When I was exhausted I complained to HR, CEO and UNUM and to the team members and the agent director "Jorge Infantis" detonated my position when I went to serve them the Law Suit Summon "got approved by federal court" against to them on 09/03/2019 by following their directions. They also made me totally homeless, kidsless, carless, Jobless and without no pay for the hours that I worked with that company for last 9 months.

Please help me sir as New York Life planned fraud to kill peoples life by taking away their retirement benefits by not giving them back once they started investing in them. Currently they are performing cyber fraud by using their financial applications that are being used to enroll policies with the clients private data like SSN, DOB, Bank Information and Health information. They are performing this cyber fraud by accessing their financial applications through cellphones/laptops/IPADS while and after enrolling the clients in to their products and policies.

I have proof saying that they are performing fraud as I tried to get the loan on the policies that I enrolled with them last year and they didn't let me do anything and also they moved away my money from my account to different account and they didn't let me touch my money. Being that past employee i used to educate clients saying that we can take the loan or take away the money when ever we need it after certain value of policy. I checked that as I need that money and they said they will let me but ended up moving them away without telling me anything.

Name: Manogna Devabhaktuni
Are you reporting on behalf of a business? Yes
Business Name: New York Life
Is the incident currently impacting business Yes
operations?

JS 44 (Rev. 06/17) - TXND (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

TRANCE RAUI, KUSHAL RAUI, MOHAN KUMAR RAUI, MANOG NA DEVABRAKTONI

**(b)** County of Residence of First Listed Plaintiff  DALLAS
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

3-19CV3062-C

## DEFENDANTS

SEE COMPLAINT FORM

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

RECEIVED

DEC 27 2019

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 2 U.S. Government Defendant
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☒ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☒ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☒ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☒ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
CIVIL & CRIMINAL

Brief description of cause:
MURDER CASE

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE  12/27/2019

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

JS 44 Reverse (Rev. 06/17) - TXND (Rev. 06/17)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; NOTE: **federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If a related case exists, whether pending or closed, insert the docket numbers and the corresponding judge names for such cases. A case is related to this filing if the case: 1) involves some or all of the same parties and is based on the same or similar claim; 2) involves the same property, transaction, or event; 3) involves substantially similar issues of law and fact; and/or 4) involves the same estate in a bankruptcy appeal.

**Date and Attorney Signature.** Date and sign the civil cover sheet.